**CHONG SU YI, Plaintiff-Appellant,**

v.

**Abdoulaye DIENE; Whole Foods Market, Incorporated, Defendants-Appellees.**

**No. 17-1048**

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2017

Decided: May 3, 2017

Chong Su Yi, Appellant Pro Se. Christopher Eric Humber, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee Whole Foods Market, Incorporated.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's order dismissing his complaint without prejudice as barred by a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Yi v. Diene*, No. 8:16-cv-03653-TDC (D. Md. filed Dec. 14, 2016; entered Dec. 15, 2016). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*